FILED

03/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0163

HOLLY ANNE MATHIS,

        Petitioner and Appellant,

   v.

STATE OF MONTANA,

        Respondent and Appellee.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED March 18, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court